BARBARA J. STEELE v. GROVER C. TURNER.

June 19, 1974. Petition for certification denied.

J & M LAND COMPANY v. ANDREW BELL.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY PACE.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BASKERVILLE.

June 19, 1974. Petition for certification denied.

SITHENS REAL ESTATE, INC. v. PETER M. WEISBAUER.

June 19, 1974. Petition for certification denied.

JAMES W. OWEN v. CURTISS-WRIGHT CORP.

June 19, 1974. Petition for certification denied.